THOMAS P. RILEY, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 90071

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MOHAMMAD WASIM AHMADI, <br><br> Defendant. | Case No. 2:15-cv-00941-MCE-CKD <br><br> ORDER GRANTING PLAINTIFF'S *EX-PARTE* APPLICATION FOR AN ORDER EXTENDING TIME TO COMPLETE SERVICE |

## ORDER

After review of Plaintiff J&J Sports Production's Ex-Parte Application (ECF No. 4), the Court finds good cause to grant Plaintiff's request for an extension of time to serve Defendant Mohammad Wasim Ahmadi.

///

///

ORDER GRANTING PLAINTIFF'S EX-*PARTE*
APPLICATION FOR AN ORDER EXTENDING
TIME TO COMPLETE SERVICE
PAGE 1

Accordingly, Plaintiff is granted an additional sixty (60) days from the date this Order is electronically filed to effectuate service of the Summons and Complaint, or to file a motion for service by publication, or in the alternative, a Notice of Voluntary Dismissal as to Defendant Mohammad Wasim Ahmadi.

IT IS SO ORDERED.

Dated: August 31, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT