**THOMAS P. RILEY, SBN 194706**
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 90071

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MOHAMMAD WASIM AHMADI, <br><br> Defendant. | Case No. 2:15-cv-00941-MCE-CKD <br><br> ORDER GRANTING PLAINTIFF'S SECOND *EX-PARTE* APPLICATION FOR AN ORDER EXTENDING TIME TO COMPLETE SERVICE |

## ORDER

The Court, upon review of Plaintiff's request and representations presented in the above-entitled matter hereby orders the following:

///

///

Plaintiff is granted an additional forty five (45) days from today's date to effectuate service of the Summons and Complaint filed in this matter, or to file a motion for service by publication, or in the alternative, a Notice of Voluntary Dismissal as to Defendant Mohammad Wasim Ahmadi, where service has not been made or service by publication requested.

**IT IS SO ORDERED**:

Dated:  November 10, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT