THOMAS P. RILEY, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 90071

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J SPORTS PRODUCTION, INC.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | Case No. 2:15-cv-00941-MCE-CKD |
| Plaintiff, | |
| vs. | ORDER GRANTING PLAINTIFF'S THIRD *EX-PARTE* APPLICATION FOR AN ORDER EXTENDING TIME TO COMPLETE SERVICE |
| MOHAMMAD WASIM AHMADI, | |
| Defendant. | |

## ORDER

The Court, upon review of Plaintiff's request and representations presented in the above-entitled matter hereby orders the following:

///

///

ORDER GRANTING PLAINTIFF'S THIRD *EX-PARTE* APPLICATION
FOR AN ORDER EXTENDING TIME TO COMPLETE SERVICE
2:15-cv-00941-MCE-CKD
PAGE 1

1    Plaintiff is granted an additional fifteen (15) days from today's date to

2 effectuate service of the Summons and Complaint filed in this matter, or to file a

3 motion for service by publication, or in the alternative, a Notice of Voluntary

4 Dismissal as to defendant Mohammad Wasim Ahmadi, where service has not been

5 made or service by publication requested.

6    IT IS SO ORDERED.

7

8 Dated:  January 11, 2016

9

10 _____
   MORRISON C. ENGLAND, JR., CHIEF JUDGE
11 UNITED STATES DISTRICT COURT

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER GRANTING PLAINTIFF'S THIRD *EX-PARTE* APPLICATION
FOR AN ORDER EXTENDING TIME TO COMPLETE SERVICE
2:15-cv-00941-MCE-CKD
PAGE 2**