UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J Sports Productions, Inc. , <br><br> Plaintiff, <br><br> v. <br><br> Mohammad Wasim Ahmadi, <br><br> Defendant. | Case No. 2:15-cv-0941-MCE-CKD <br><br> **DEFAULT JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED in the sum of $25,000 against defendant:

 Mohammad Wasim Ahmadi d/b/a Yolo Gyros and Burgers Sports Bar and Lounge

April 20, 2016                                          MARIANNE MATHERLY, CLERK

                                                        By: /s/  K. Zignago, Deputy Clerk